DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOEL VINCENT THOMAS,

Appellant,

v.

ALABAMA DEPARTMENT OF INSURANCE; JAMES FINN;
DUSTY SMITH; NORTH CAROLINA DEPARTMENT OF
INSURANCE; JOHN HOOMANI; MICHAEL L. LAWRENCE;
and STACIA COOPER,

Appellees.

No. 2D2025-1121

_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Noel Vincent Thomas, pro se.

Debbie G. Maken and Forrest L. Andrews of Lydecker LLP, Miami, for
Appellees North Carolina Department of Insurance, John Hoomani,
Michael L. Lawrence, and Stacia Cooper.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.